UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-147-BO-2

UNITED STATES OF AMERICA

v.                                  ORDER

MIGUEL ANGELES,
     Defendant.

THIS CAUSE is before the Court on the Defendant's Motion to Sever his case from that of his co-defendant Joani Hernandez. The Court hereby finds that the Defendant has suffered prejudice in having his case joined with that of Joani Hernandez. The Defendant did not appeal the Court's Order transferring his case for adult prosecution, and is now prepared to enter a guilty plea pursuant to a plea agreement negotiated with the Government. The Defendant will suffer undue prejudice if his Motion to Sever is not granted. Therefore, for good cause shown and pursuant to F.R.Cr.P. 14(a), it is hereby ORDERED that Defendant Miguel Angeles case be severed from that of his co-defendants and that his case be calendared for arraignment by future order of the Court.

SO ORDERED this the 20 day of September, 2010.

Terrence W. Boyle
United States District Judge